# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : CRIMINAL NO. 1:09-CR-0291-05 |
| | : |
| **v.** | : (Judge Conner) |
| | : |
| **ANTHONY JACKSON**, | : |
| **Defendant** | : |

## O R D E R

AND NOW, this 24th day of June, 2010, upon consideration of defendant's concurred-in motion (Doc. 197) for trial continuance and withdrawal of his motion to suppress, and for the reasons stated therein, the court concludes that the circumstances warrant a continuance of the trial date and that such circumstances outweigh the interests of the public and the defendant to a speedy trial. Accordingly, it is hereby ORDERED that defendant's motion is GRANTED. **Jury selection and trial as to defendant Anthony Jackson are continued from July 6, 2010, to Tuesday, August 17, 2010, at 9:30 a.m.**, in Courtroom No. 2, Ninth Floor, Federal Building, 228 Walnut Street, Harrisburg, Pennsylvania, defendant's motion to suppress (Doc. 140) is deemed WITHDRAWN and the suppression hearing previously scheduled for June 30, 2010, is CANCELLED.

The Court specifically finds, pursuant to 18 U.S.C. § 3161(h)(7)(A), that the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. The Clerk of Court shall exclude the appropriate time in the captioned action pursuant to the Speedy Trial Act and this order.

S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge