# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:09-CR-0291-05** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **ANTHONY JACKSON** | : | |

## ORDER

AND NOW, this 3rd day of November, 2010, upon consideration of the motion (Doc. 209) for release pending imposition of a sentence, filed by defendant Anthony Jackson ("Jackson"), and it appearing that the court "shall order that a person who has been found guilty of an offense and who is awaiting imposition or execution of sentence . . . be detained, unless the judicial officer finds by clear and convincing evidence that the person is not likely to flee or pose a danger to the safety of any other person or the community if released[,]" 18 U.S.C. § 3143(a)(1), and the court finding that Jackson has pled guilty to interstate travel in aid of racketeering, a violation of 18 U.S.C. § 1952(a)(3), (see Docs. 200, 207), and that the underlying unlawful activity corresponding to Jackson's racketeering offense is the unlawful distribution and possession with intent to distribute a controlled substance, and the court concluding that Jackson's admission that he unlawfully traveled between states for the purpose of drug distribution suggests that he is likely to pose a danger to the community, and the court further concluding that Jackson has failed to present clear and convincing evidence supporting his

argument that he is "neither a danger to society nor a flight risk," (Doc. 209 ¶ 5), it is hereby ORDERED that the motion (Doc. 209) is DENIED.

                                               _S/ Christopher C. Conner_
                                              CHRISTOPHER C. CONNER
                                              United States District Judge